UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security;<br><br>DEPARTMENT OF HOMELAND SECURITY;<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION,<br><br>DEFENDANTS. | CIVIL ACTION No. 2:23-cv-01869<br><br>SECTION T<br><br>JUDGE GUIDRY<br><br>MAGISTRATE JUDGE NORTH |

**DEFENDANTS' LR 3.1 NOTICE OF RELATED CASE**

**NOW INTO COURT**, through the undersigned government counsel and with full reservation of all Rule 8 and 12 defenses, come the Defendants in the above-captioned case and give notice of the existence of a related case under LR 3.1. *Louisiana State et al v. Department of Homeland Security et al*, Civil Action No. 2:23-cv-01839 (E.D. La., Section P), involves the same subject matter (the adoption of the Risk Rating 2.0 methodology for calculating flood insurance rates), defendants, and nearly all the same legal claims (Administrative Procedure Act

claims). Plaintiffs identified the related case on their civil cover sheet, Dkt. 1-2 at 1, and Defendants hereby respectfully give notice of the related case under LR 3.1.

Dated: June 20, 2023
                                    Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    LESLEY FARBY
                                    Assistant Branch Director

                                    */s/ Yoseph T. Desta*
                                    YOSEPH T. DESTA
                                    BENJAMIN TAKEMOTO
                                    Trial Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street NW
                                    Washington, D.C. 20005
                                    Phone: 202-305-3080
                                    Fax: 202-616-8460
                                    Email: Yoseph T.Desta@usdoj.gov

                                    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice