UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., et al. | CIVIL ACTION |
| VERSUS | NO: 23-01869 |
| DEPARTMENT OF HOMELAND SECURITY, Alejandro N. Mayorkas, in his official capacity as Secretary of Department of Homeland Security, et al. | SECTION: T (5) |

## ORDER

It has come to the Court's attention that the subject matter of the above-captioned case is related to that at issue in No. 2:23-cv-01839, *Louisiana State v. Department of Homeland Security*, currently pending in Section "P"(1) of this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be TRANSFERRED to Section "P," Magistrate Judge Division (1), of this Court.

New Orleans, Louisiana, this 21st day of June 2023.

June 21, 2023
TRANSFERRED TO
**SECT. P**
**MAG 1**

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE