UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security;<br><br>DEPARTMENT OF HOMELAND SECURITY;<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>2:23-cv-01869-DJP-JVM |

### *EX PARTE* MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, though undersigned counsel, comes Plaintiffs, RUSSELL HEBERT, JR and MARGARET HEBERT, on behalf of themselves and all others similarly situated, who respectfully request that this Court allow Christopher Zainey, Jr. (LA Bar Roll # 32022) of the law firm Lambert, Zainey, Smith & Soso, PLC located at 701 Magazine Street, New Orleans, LA 70130 to enroll as additional counsel of record along with E. John Litchfield (LA Bar Roll # 8622) of the law firm Berrigan Litchfield LLC located at 111 Veterans Memorial Blvd.,

Suite 1720, Metairie, LA 70005, and Anh Quang "Joseph" Cao (LA Bar Roll # 26836) of the law firm Cao Law Firm located at 1440 Lapalco Blvd., Harvey, LA 70058. Plaintiff also request that the above additional counsel be registered to receive notifications of all filings through CM/ECF system. Undersigned counsel represents that Christopher Zainey, Jr., E. John Litchfield and Anh Quang "Joseph" Cao consent to their enrollment as additional counsel for Plaintiffs.

WHEREFORE, Plaintiffs pray that Christopher Zainey, Jr. of the law firm Lambert, Zainey, Smith & Soso, PLC; E. John Litchfield of the law firm Berrigan Litchfield, LLC and Anh Quang "Joseph" Cao of the law firm Cao Law Firm, be allowed to enroll as additional counsel of record for plaintiffs and be registered to receive notification of all filings through the CM/ECF system.

Respectfully submitted:

*/s/ Anthony D. Irpino*
**ANTHONY D. IRPINO, LA Bar No. 24727**
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA 70130
Ph:     (504) 525-1500
Fax:    (504) 525-1501
Email: airpino@irpinolaw.com
***Counsel for Plaintiffs***