UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security;<br><br>DEPARTMENT OF HOMELAND SECURITY;<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>DEFENDANTS. | CIVIL ACTION NO.<br>2:23-cv-01869-DJP-JVM |

**ORDER**

Considering the foregoing *Ex Parte* Motion to Enroll as Additional Counsel of Record filed by Plaintiffs Russell Hebert, Jr. and Margaret Hebert, on behalf of themselves and all other similarly situated Plaintiffs;

IT IS HEREBY ORDERED that J. Christopher Zainey, Jr. (La. Bar No. 32022) of the law firm Lambert, Zainey, Smith & Soso, PLC and E. John Litchfield (La. Bar No. 8622) of the law firm Berrigan Litchfield, LLC and Anh Quang "Joseph" Cao (La. Bar No. 26836) of the law

firm Cao Law Firm be enrolled in this action as additional counsel of record for Plaintiffs and the record in this action shall reflect the same.

    Signed on this _____ day of _____, 2023.

                                              _____
                                              **HONORABLE DARREL JAMES PAPILLON**
                                              **UNITED STATES DISTRICT COURT**
                                              **EASTERN DISTRICT OF LOUISIANA**