UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSELL HEBERT, JR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1869** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: P (1)** |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record (Doc. 7),

**IT IS ORDERED** that the motion is **GRANTED**, and J. Christopher Zainey, Jr. (La. Bar No. 32022) of the law firm Lambert, Zainey, Smith & Soso, PLC and E. John Litchfield (La. Bar No. 8622) of the law firm Berrigan Litchfield, LLC and Anh Quang "Joseph" Cao (La. Bar No. 26836) of the Cao Law Firm be and are hereby **ENROLLED** in this action as additional counsel of record for Plaintiffs.

New Orleans, Louisiana, this 17th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**