# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT**, come Defendants through the undersigned Department of Justice Trial Attorney, who respectfully move this Honorable Court for an extension of time of twenty-one (21) days, pursuant to Rule 7.8 of the United States District Court for the Eastern District of Louisiana Local Rules, within which to answer or otherwise plead in response to Plaintiffs' Complaint.

No previous extensions of time have been requested by Defendants, nor has the opposing party filed into the record an objection to an extension of time as to the said Defendants.

**WHEREFORE**, Defendants respectfully request that an extension of time, from August 11, 2023, up to and including September 1, 2023, be granted for Defendants to file responsive pleadings.

Dated: August 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

1

/s/ *Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice
