UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead:

**IT IS HEREBY ORDERED** that Defendants are GRANTED an extension of time of twenty-one (21) days, from August 11, 2023, up to and including September 1, 2023, in which to file their pleadings in response to Plaintiffs' complaint.

New Orleans, Louisiana, this _____ day of , 2023.

_____
DARREL J. PAPILLION
United States District Judge