## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RUSSELL HEBERT, JR., *et al.*,

                *Plaintiffs*,

    v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

                *Defendants.*

Action No. 2:23-cv-1869-DJP-JVM
Section P
District Judge Darrel James  Papillion
Magistrate Judge Janis van Meerveld

### ORDER

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead (Doc. 9):

**IT IS ORDERED** that the motion is **GRANTED**, and Defendants shall have an extension of time of twenty-one (21) days, from August 11, 2023, up to and including September 1, 2023, in which to file their pleadings in response to Plaintiffs' complaint.

New Orleans, Louisiana, this 14th day of August, 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**