UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD

Pursuant to LR 7.8, and with the consent of Plaintiffs, Defendants respectfully move for an extension of time to September 22, 2023, to answer or otherwise plead in response to Plaintiffs' Complaint.

Defendants' deadline to respond is currently September 1, 2023. Defendants previously obtained a twenty-one-day extension by ex parte motion. Dkts. 9, 10. A further, modest extension of three weeks is warranted. Defendants recently determined that they would file a motion to dismiss Plaintiffs' Complaint. Good cause exists to give the undersigned counsel adequate time to prepare the motion to dismiss, and to accommodate counsel's schedule, which includes (1) briefing and preparation for the upcoming motions hearing in the related case regarding Risk Rating 2.0 that is also before the Court; and (2) a motion to dismiss reply brief due August 30, 2023, in another matter. Plaintiffs' counsel does not object.

Dated: August 22, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice
