# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

The Court has considered Defendants' motion for an extension of time to answer or otherwise plead, filed with Plaintiffs' consent.

**IT IS HEREBY ORDERED** that Defendants are **GRANTED** an extension of time, from September 1, 2023, up to and including September 22, 2023, in which to file their pleadings in response to Plaintiffs' complaint.

New Orleans, Louisiana, this ____ day of , 2023.

_____
DARREL J. PAPILLION
United States District Judge