UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel James Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

The Court has considered Defendants' motion for an extension of time to answer or otherwise plead (R. Doc. 11), filed with Plaintiffs' consent.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Defendants shall have an extension of time, from September 1, 2023, up to and including September 22, 2023, in which to file their pleadings in response to Plaintiffs' complaint.

New Orleans, Louisiana, this 23rd day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**