UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUSSELL HEBERT, JR., *et al.*,

               *Plaintiffs*,

   v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

               *Defendants*.

Action No. 2:23-cv-1869-DJP-JVM
Section P
District Judge Darrel J. Papillion
Magistrate Judge Janis van Meerveld

**CONSENT NOTICE REGARDING SERVICE AND MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

      Pursuant to Local Rules 7.3 and 7.8, and with the consent of Plaintiffs, Defendants respectfully notify the Court regarding the recent service of Plaintiffs' Complaint and move for an extension of time to November 6, 2023, to answer or otherwise plead in response to Plaintiffs' Complaint.

      Defendants' deadline to respond is currently September 22, 2023. Dkt. 12. Defendants previously obtained a twenty-one-day extension by ex parte motion, Dkts. 9, 10, and a twenty-two-day extension by consent motion, Dkts. 11, 12. A further extension is warranted because Defendants were served with the Complaint on September 5, 2023, by FedEx mail to the U.S. Attorney's Office for the Eastern District of Louisiana. The undersigned counsel mistakenly believed that service had occurred more than two months ago, and based on that belief had unnecessarily asked the Court to extend Defendants' responsive pleading deadline.

      Because defense counsel now is aware that service actually occurred on September 5, 2023, and that, under the Federal Rules of Civil Procedure, Defendants' responsive pleading should be due on November 6, 2023, counsel respectfully notifies the Court and requests that the Court enter the attached proposed Order. *See* Fed. R. Civ. P. 12(a)(2) (responsive deadline within 60 days after service

1

on the United States attorney, as described in Fed. R. Civ. P. 4(i)(1)(A)(i)); *see also* Fed. R. Civ. P. 6(a)(1) (when, as here, the 60th day falls on a weekend, the deadline is the following business day).  Plaintiffs' counsel does not object.

Dated: September 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

/s/ *Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice