UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUSSELL HEBERT, JR., *et al.*,

          *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

          *Defendants*.

Action No. 2:23-cv-1869-DJP-JVM
Section P
District Judge Darrel J. Papillion
Magistrate Judge Janis van Meerveld

## ORDER

The Court has considered Defendants' notice regarding service and motion for an extension of time to answer or otherwise plead (R. Doc. 13), filed with Plaintiffs' consent.

**IT IS HEREBY ORDERED** that Defendants are **GRANTED** an extension of time, from September 22, 2023, up to and including November 6, 2023, in which to file their pleadings in response to Plaintiffs' complaint.

New Orleans, Louisiana, this 19th day of September 2023.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE