# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, come Defendants and respectfully move the Court under LR 83.2.12 to enroll Department of Justice Trial Attorney Krystal-Rose Perez as additional counsel of record for Defendants.

>KRYSTAL-ROSE PEREZ
>(TX Bar # 24105931)
>Trial Attorney
>United States Department of Justice
>Environmental & Natural Resources Division
>P.O. Box 7611, Ben Franklin Station,
>Washington, D.C. 20044
>Tel: (202) 305-0486
>Email: krystal-rose.perez@usdoj.gov

**WHEREFORE**, Defendants pray that the Court grant their motion and enter an order directing the Clerk of Court to enroll Krystal-Rose Perez as additional counsel for Defendants.

Respectfully submitted this 6th day of November 2023,

>BRIAN M. BOYNTON
>Principal Deputy Assistant Attorney General
>Civil Division
>
>LESLEY FARBY
>Assistant Branch Director
>Civil Division, Federal Programs Branch

/s/ *Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

                                                  */s/ Yoseph T. Desta*
                                                  YOSEPH T. DESTA
                                                  Trial Attorney, U.S. Department of Justice