UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

**ORDER**

Considering the ex parte motion of Defendants to enroll additional counsel of record:

**IT IS ORDERED** that Defendants' motion is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court enroll Department of Justice Trial Attorney Krystal-Rose Perez as additional counsel of record for Defendants.

New Orleans, Louisiana, this ____ day of November, 2023.

DARREL J. PAPILLION
United States District Judge