## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Action No. 2:23-cv-1869-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, come Defendants and respectfully move the Court under LR 83.2.12 to enroll Department of Justice Trial Attorney Laura Duncan as additional counsel of record for Defendants.

> LAURA DUNCAN
> (Tx Bar # 24092366)
> Trial Attorney
> United States Department of Justice
> Environmental & Natural Resources Division
> c/o USACE Galveston District Office of Counsel
> 2000 Fort Point Road, Room 321
> Galveston, Texas 77550
> Tel: (202) 598-1114
> Email: laura.duncan@usdoj.gov

**WHEREFORE**, Defendants pray that the Court grant their motion and enter an order directing the Clerk of Court to enroll Laura Duncan as additional counsel for Defendants.

Respectfully submitted this 6th day of November 2023,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        LESLEY FARBY
        Assistant Branch Director
        Civil Division, Federal Programs Branch

        */s/ Yoseph T. Desta*
        YOSEPH T. DESTA
        (CA Bar # 332179)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box No. 883, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 305-3080
        Email: yoseph.t.desta@usdoj.gov

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice