UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Action No. 2:23-cv-1869-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants respectfully move this Court for an order under Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint in its entirety, or alternatively dismissing Count VII (alleging that Risk Rating 2.0 is contrary to law because it violates the National Environmental Policy Act ("NEPA")) and Count IX (alleging that Risk Rating 2.0 constitutes a taking without just compensation in violation of the Takings Clause) of the Complaint. Defendants also alternatively move this Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Count IX. As explained in the Memorandum accompanying this motion, Plaintiffs lack Article III standing for any of the claims that they raise; they lack statutory standing to assert a NEPA claim; they have not identified any basis for the Court's jurisdiction to hear their Takings Clause claim; and they fail to state a Takings Clause claim upon which relief can be granted because they have not alleged a cognizable property interest or the elements of a regulatory taking.

Dated: November 6, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Yoseph T. Desta
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ
(TX Bar # 24105931)
LAURA DUNCAN
(Tx Bar # 24092366)
Trial Attorneys
United States Department of Justice
Environmental & Natural Resources Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystal-rose.perez@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice