# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

RUSSELL HEBERT, JR., et al.,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND
SECURITY et al.,

Defendants.

Action No. 2:23-CV-01869-DJP-JVM

## <u>DECLARATION OF DAVID MAURSTAD</u>

1. My name is David Maurstad, and I am the Assistant Administrator for the Federal Insurance Directorate, which is housed within the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS). I assumed this role in March 2023. I also served in this capacity from 2016 – 2018.

2. From April 2018 to March 2023, I served as Deputy Associate Administrator for the Federal Insurance and Mitigation Administration (FIMA) and Resilience. From June 2004 to September 2008, I served as Federal Insurance Administrator and Assistant Administrator Mitigation Directorate at FEMA.

3. I am the senior executive for the National Flood Insurance Program (NFIP). I have served in this capacity for over 7 years.

4. I submit this Declaration in support of FEMA's Motion to Dismiss. This Declaration adds to the Declaration that I submitted in support of FEMA's Motion to Dismiss the related case also before the Court, *Louisiana v. DHS*, No. 2:23-CV-01839 (E.D. La.), ECF No. 47-3.

1

**I. The National Flood Insurance Program**

5. The National Flood Insurance Act of 1968 (42 U.S.C. § 4001 et seq.), as amended (NFIA), authorizes the Federal Government to provide flood insurance on a national basis to property owners,[1] including businesses, located in any community that participates in the NFIP.

6. Participation in the NFIP is based on a voluntary agreement between participating communities (local, tribal, States, and territories) and the Federal government. If a community adopts and enforces a floodplain management ordinance that meets certain minimum floodplain management requirements to reduce future flood risks within an area known as the Special Flood Hazard Area (SFHA),[2] the Federal government will make flood insurance available to property owners in that community. Because NFIP participation is voluntary, a community may withdraw at any time.

7. FEMA administers the NFIP so that insurance policies and floodplain management operations are mutually reinforcing. Providing NFIP flood insurance indemnifies property owners from flood losses and reduces the costs of disaster assistance. NFIP floodplain management requirements are designed to reduce future flood damages and reduce disaster assistance costs. In addition to providing flood insurance and reducing flood damages through floodplain management, the NFIP identifies and maps the nation's floodplains. Maps depicting flood hazard information are disseminated to create broad-based awareness of flood hazards, provide data for rating flood insurance policies, and determine the appropriate minimum floodplain management criteria for flood-prone areas. Additionally, FEMA manages a Flood Mitigation Assistance (FMA) grant program using NFIP revenues to further reduce comprehensive flood risk.

8. Flood insurance under the NFIP is sold to renters and property owners, including businesses, located in participating NFIP communities through two mechanisms: (1) NFIP Direct; and (2) the "Write Your Own" (WYO) program.

---

[1] The NFIP also issues policies for contents only insurance to renters.
[2] SFHA or "Area of special flood hazard" is defined in FEMA's regulations as "the land in the flood plain within a community subject to a 1 percent or greater chance of flooding in any given year." 44 C.F.R. § 59.1.

9. NFIP flood insurance is provided pursuant to a contract known as a Standard Flood Insurance Policy (SFIP). The SFIP is a contract between the policyholder and FEMA that lists the conditions, coverages, exclusions, limitations and rights of the carrier and insured. The SFIP is issued and maintained by private insurers under an agreement with FEMA. It comes in three forms: the General Property (GP) Form, the Dwelling Form and the Residential Condominium Building Association Policy (RCBAP) Form.[3] Regardless of whether a policyholder purchases an SFIP through NFIP Direct or a WYO company, the contractual terms and conditions are the same and the flood insurance premiums are the same.

10. Except for certain subsidies, as directed by statute, flood insurance rates in the NFIP are directed to be "based on consideration of the risk involved and accepted actuarial principles,"[4] meaning that the rate is reflective of the true flood risk to the property. Accordingly, the NFIP is required to develop flood insurance premiums that are actuarially sound. According to actuarial principles, an actuarially sound premium is an estimate of the expected value of future costs of the individual risk transfer.[5]

11. The National Flood Insurance Act further requires that NFIP risk premium rates for flood be estimated in adherence with the principles and standards of practice in ratemaking adopted by the American Academy of Actuaries and the Casualty Actuarial Society.[6]

12. With minor exceptions, the NFIA prohibits FEMA from charging less than actuarial rates for properties for which the construction or substantial improvement of which was started after FEMA published the initial Flood Insurance Rate Map (FIRM) for the community or

---

[3] See Floodsmart, "Answers to Questions About the NFIP," p. 42, at https://agents.floodsmart.gov/sites/default/files/fema-answers-to-questions-about-the-NFIP.pdf.
[4] 42 U.S.C. §4014(a)(1).
[5] See Casualty Actuarial Society, "Statement of Principles Regarding Property and Casualty Ratemaking" (May 1988), at https://www.casact.org/sites/default/files/2021-05/Statement-Of-Principles-Ratemaking.pdf. For a brief explanation of accepted actuarial principles, see National Research Council of the National Academies, Affordability of National Flood Insurance Program Premiums: Report 1, 2015, pp. 36-38, at https://nap.nationalacademies.org/catalog/21709/affordability-of-national-flood-insurance-program-premiums-report-1.
[6] See 42 U.S.C. § 4014 (a)(1)(B)(iv).

December 31, 1974, whichever is later (referred to as "Post-FIRM properties").[7] One of the exceptions to this prohibition are properties mapped into the SFHA for the first time (referred to as "newly mapped in properties").[8] Under the NFIA, FEMA is required to charge these newly mapped in properties a low "preferred risk premium" and then annually increase the rate until the property reaches its actuarial rate.[9] As of 8/31/2023, only 1% of NFIP policies receive statutory discounted (non-actuarial) premiums as a result of their newly-mapped status.

13. FEMA is authorized to charge "reasonable," less than actuarial rates only for certain properties constructed or substantially improved before the initial FIRM or December 31, 1974, whichever is later (referred to as "Pre-FIRM properties" and "Pre-FIRM rates").[10] [11] FEMA refers to premiums that are less than actuarial as "discounts" or "subsidies." FEMA is prohibited by law from charging less than actuarial rates for policies covering Post-FIRM properties.[12] Roughly 0.3% of NFIP policies receive statutorily discounted Pre-FIRM rates, resulting in less than actuarial rates. 99% of NFIP policies do not receive statutory discounts.

14. The pricing subsidy for Pre-FIRM policies is progressively being phased out of the NFIP, as initially required under Section 100205 of the Biggert Waters Flood Insurance Reform

---

[7] 42 U.S.C. § 4015(c).
[8] 42 U.S.C. § 4015(i).
[9] Id.
[10] 42 U.S.C. § 4015(c); 42 U.S.C. 4014(a)(2).
[11] Newly mapped in properties are different from Pre-FIRM properties as the newly mapped in properties were constructed after FEMA published the initial FIRM for the communities, but were included in the SFHA for the first time on a FIRM. Notably, the starting PRP premium for newly mapped is not the same as the premium for a Pre-FIRM rated property.
[12] 42 U.S.C. § 4015(c) ("[T]he chargeable rate shall not be less than the applicable estimated risk premium rate for such areas (or subdivisions thereof) under section 4014(a)(1) of this title with respect to … [a]ny property the construction or substantial improvement of which the Administrator determines has been started after December 31, 1974, or started after the effective date of the initial rate map published by the Administrator … whichever is later," i.e., Post-FIRM properties).

Act of 2012 (BW-12), as revised by Sections 3 and 5 of the Homeowner Flood Insurance Affordability Act of 2014 (HFIAA).[13]

15. Under BW-12, the following categories of pre-FIRM properties are required to have their premium increased by 25% per year until they reach actuarial rates: (1) nonprimary residences; (2) nonresidential properties; (3) business properties; (4) properties with severe repetitive loss; (5) properties with substantial cumulative damage;[14] and properties with substantial damage[15] or substantial improvement after July 6, 2012.

16. Under 42 U.S.C. § 4014(h), the term "severe repetitive loss property" has the following meaning:

**(1) Single-family properties**

In the case of a property consisting of 1 to 4 residences, such term means a property that-

(A) is covered under a contract for flood insurance made available under this chapter; and

(B) has incurred flood-related damage-

(i) for which 4 or more separate claims payments have been made under flood insurance coverage under this subchapter, with the amount of each such claim exceeding $5,000, and with the cumulative amount of such claims payments exceeding $20,000; or

(ii) for which at least 2 separate claims payments have been made under such coverage, with the cumulative amount of such claims exceeding the value of the property.

**(2) Multifamily properties**

In the case of a property consisting of 5 or more residences, such term shall have such meaning as the Director [2] shall by regulation provide.

---

[13] 4 Pub. L. No. 112-141, 126 Stat. 917; and Pub. L. No. 113-89, 128 Stat. 1021-1022, respectively. Note that although Pre-FIRM policyholders received subsidized rates under the legacy rating approach before Risk Rating 2.0, they were nonetheless paying some of the highest premiums in the NFIP (roughly $1,875).

[14] A property with substantial cumulative damage is any property that has incurred flood-related damage in which the cumulative amounts of payments under the NFIP equaled or exceeded the fair market value of such property. See 42 U.S.C. §4014(a)(2)(C).

[15] 44 C.F.R. §59.1 defines "substantial damage" as damage of any origin sustained by a structure whereby the cost of restoring the structure to its before-damaged condition would equal or exceed 50% of the market value of the structure before the damage occurred.

17. FEMA must also charge full risk rates on all NFIP flood insurance policies, subject to the statutory limits set in HFIAA, which cap premium increases at 15% for any properties within a risk class, but no more than 18% annually[16] for any property.[17] "FEMA defines full-risk rates as those charged to a group of policies that generate premiums sufficient to pay the group's anticipated losses and expenses."[18]

18. Accordingly, all premiums for pre-FIRM properties will eventually reach actuarially sound rates (i.e., the rate equivalent structures would pay without a subsidy, or a rate that reflects true flood risk), but the pace of that phaseout differs depending on the property type.

19. In addition to the building and contents premium, NFIP policyholders pay a number of fees and surcharges, including the Federal Policy Fee, the Reserve Fund assessment, and the HFIAA surcharge.

20. The Federal Policy Fee (FPF) helps pay for the administrative expenses of the program, including floodplain mapping and some of the insurance operations. The amount of the Federal Policy Fee is set by FEMA and can increase or decrease year to year. Since October 2017, the FPF has been $50 for Standard Flood Insurance Policies (SFIPs), $25 for Preferred Risk Policies (PRPs), and $25 for contents-only policies. The FPF is $47 for all new NFIP policies and renewal policies written under Risk Rating 2.0 except for Residential Condominium Building Association Policies.

---

[16] There are several exceptions to the applicability of this premium rate cap, including policies on certain pre-FIRM subsidized properties, for which FEMA is required by statute to increase premiums by 25 percent, policies on which the coverage has been increased or the deductible has been decreased, policies on structures located in a community that experiences a rating downgrade under the Community Rating System, or policies that have been misrated. See 42. U.S.C. § 4015(e).

[17] See 42 U.S.C. §4015(e)(1).

[18] See U.S. Government Accountability Office Report to Ranking Member, Committee on Financial Services, House of Representatives, "National Flood Insurance Program: Continued Progress Needed to Fully Address Prior GAO Recommendations on Rate-Setting Methods (March 2016), p. 4, at https://www.gao.gov/assets/gao-16-59.pdf.

21. A Reserve Fund assessment was instituted by BW-12 to establish and maintain a reserve fund to cover future claim and debt expenses, especially those from catastrophic disasters. From April 2016, FEMA charged every NFIP policy a Reserve Fund assessment equal to 15% of the premium. The Reserve Fund assessment was increased to 18% on April 1, 2020, for all policies.

22. All NFIP policies are also assessed a surcharge following the passage of HFIAA. The amount of the HFIAA surcharge is dependent on the type of property being insured. For primary residences, the charge is $25; for all other properties, the charge is $250.

## II. Risk Rating 2.0

### A.  Implementation of Risk Rating 2.0

23. Beginning in 2021, FEMA began phasing in updated premium rates as part of its Risk Rating 2.0 initiative. In Phase 1, Risk Rating 2.0 premium rates were applied to new policyholders with policies effective on or after October 1, 2021.

24. For policyholders with policy effective dates between October 1, 2021, and March 31, 2022, legacy premium rates were applied upon renewal of the policy, with policyholders given the option of instead renewing using Risk Rating 2.0 pricing. In Phase 2, Risk Rating 2.0 premium rates were applied to all remaining policyholders renewing on or after April 1, 2022.[19]

25. As of April 1, 2023, FEMA has fully implemented Risk Rating 2.0.[20] FEMA spent over 5 years developing Risk Rating 2.0, and it has already incurred $60-80 million dollars in development and implementation costs

### B.  Rate Changes Pursuant to Risk Rating 2.0

26.  Since  the  implementation  of  Risk  Rating  2.0,  19%  of  single-family  home

---

[19] See FEMA, "FEMA Updates Its Flood Insurance Rating Methodology to Deliver More Equitable Pricing" (April 1, 2021), at https://www.fema.gov/press-release/20210401/fema-updates-its-flood-insurance-rating-methodology-deliver-more-equitable.
[20] See FEMA, Risk Rating 2.0: Equity in Action, at https://www.fema.gov/flood-insurance/risk-rating.

policyholders[21] nationwide saw immediate premium decreases, 70% of these policyholders saw premium increases of $0-$10 per month, and 8% saw premium increases of $10-$20 per month. The remaining 3% of single-family home policyholders saw premium increases of greater than $20 per month.

27. This 3% of policies represent the properties whose rates were far below what was warranted by the actual property-specific risk because their flood insurance rates were being subsidized. Not only were these 3% of policies subsidized by policyholders with lower flood risk, but by the taxpayers as well. The reason for this is that the total premium collected using legacy rates was insufficient on an aggregate basis irrespective of these problematic cross-subsidies).

28. As discussed in my declaration filed in support of FEMA's Motion to Dismiss in *Louisiana v. DHS*, FEMA is now utilizing catastrophe models in support of its premium rate determinations in conformance with standard industry practice. Based on the more robust risk evaluation capabilities available through the catastrophe models, FEMA was able to ascertain for itself what many reputable organizations had been telling FEMA for almost two decades – that its premium collection under the legacy method was very far below the expected losses the NFIP faces.[22]

29. Based on this more accurate understanding of its risk exposure, as informed by the catastrophe modeling, and in accordance with the Actuarial Standards of Practice, FEMA increased the aggregate Average Annual Loss (AAL). The AAL, in turn, dictates the amount of premiums that must be collected by the program. Accordingly, FEMA needed to increase its

---

[21] Single family homes make up approximately 70% of the NFIP's total policies in force and represent the experience of a typical NFIP customer. The NFIP also insures other structures through policies such as the Residential Condominium Building Association Policy (RCBAP).

[22] See U.S. Government Accountability Office Testimony Before the Subcommittee on Economic Policy, Committee on Banking, Housing, and Urban Affairs, U.S. Senate, "National Flood Insurance Program: Continued Attention Needed to Address Challenges" (September 18, 2013), at https://www.gao.gov/assets/gao-13-858t.pdf; see also, generally, U.S. Government Accountability Office Letter to Chairman Neugebauer of the Subcommittee on Housing and Insurance, Committee on Financial Services, House of Representatives providing an overview of the key challenges facing the NFIP (April 9, 2014), at https://www.gao.gov/assets/gao-14-297r.pdf.

overall premium collection and, as such, the premium rates for some policyholders. Prior to Risk Rating 2.0, the AAL was $3.2 billion. Currently, the AAL is 4.1 billion. **The need to increase flood insurance premiums would be necessary regardless of whether Risk Rating 2.0 was implemented or the outdated legacy rates were continued.**

### C.  Differences Between Risk Rating 2.0 and Legacy Rates

30. Many NFIP policyholders are paying premiums that are substantially discounted by law. When a policyholder's current premium is below their risk-based premium, their premium will increase towards the full rate. This increase is called a "glide path." By law, premium rates generally cannot increase by more than 18% per year for most policyholders.

31. However, for certain properties, such as severe repetitive loss, or SRL, properties, the premium rates have been increasing at a rate of 25% per year since the implementation of the premium rate increases imposed by BW-12, before Risk Rating 2.0.

32. One critical difference in legacy premium rates and rates issued after implementation of Risk Rating 2.0 is that **with legacy rates, 100% of policyholders would have experienced an annual increase in premiums indefinitely** (i.e., for an unknown or unspecified period of time), assuming no changes in coverage levels or deductibles. So, for example, SRL properties that are subject to 25% annual premium rates increases would continue to be subject to those 25% annual premium rate increases indefinitely. The reason why legacy rates could continue to increase is because the technology employed to establish legacy rates was not adequate to determine a property's full risk rate. Therefore, there was no basis for FEMA to determine that a property's premium was adequate to cover its losses, so rates could continue to increase regardless of whether losses would be covered. With the utilization of catastrophe modeling under Risk Rating 2.0, FEMA can determine each property's individual flood risk and ensure that policyholders are not charged any more than their individual flood risk warrants. As a result, there are significant numbers of policyholders that received premium decreases because of Risk Rating 2.0.

Additionally, the legacy rates were based on a broad nationwide rating approach that did not reflect individual risk or differentiate between zones in different parts of the country.

33. **Nationwide, policyholders saw annual premium decreases totaling approximately $577 million upon their first renewal under Risk Rating 2.0,** and those decreases will continue to be reflected in their flood premium rates year after year.

34. Under Risk Rating 2.0, FEMA applies a premium rate based on a property's individual, property-specific risk. Once an insured is paying their full risk rate, the annual premium rate increases stop.[23]

35. Furthermore, FEMA established an upper bound that limits costs on the highest end of the spectrum. This means that currently no primary residence single-family home policies will see a premium of more than $12,125, inclusive of all fees, assessments, and surcharges. FEMA established this cap by analyzing rates in the context of historical losses; it determined that premiums for single-family homes exceeding $12,125 were excessive in the context of these losses. In particular, FEMA determined that premiums exceeding $12,125 were caused by the accumulation of several high flood risk rating factors. Furthermore, premiums that large occur too infrequently to produce statistically credible results. The $12,125 cap enables FEMA to avoid excessively high premiums.

36. Under the 1970s legacy rates, flood insurance premiums could have been as high as $87,534 a single-family home (building plus contents coverage), excluding all fees, assessments, and surcharges.[24]

37. If FEMA continued to use the legacy rates, inequitable rates would have remained in place, and many policyholders would have continued to pay more than they should.

---

[23] Premium increases stop absent any changes to coverage or deductible levels or future rate reviews.

[24] In the Declaration that I submitted in *Louisiana v. DHS*, ECF 47-3, I noted in paragraph 142 that legacy rates could have been as high as $55,000 for a single-family home. FEMA has conducted additional research on this and determined that under legacy rating, a few policyholders paid annual premiums higher than $55,000, including one policyholder who paid a legacy rate of $87,534.

## III. Benefits of Risk Rating 2.0 to Named Class Plaintiffs

### A.  The Hebert Property Is an SRL Property

38.  As shown in the table below, the Hebert property meets the definition of an SRL property defined in 42 U.S.C. 4014(h). The Hebert property suffered 5 covered flood losses (1985, 1992, 2002, 2005, and 2008) totaling $386,331.01. Each of these flood losses exceeded $5,000, and the cumulative total of these flood losses exceeded $20,000.

| Policy Number | Insured Name | Date of Loss | Building Payment Amount | Contents Payment Amount | Building Property Value |
|---|---|---|---|---|---|
| RL00035242 | Russell Hebert, Jr. | 9/13/2008 | $79.712.75 | $14,699.60 | $115,434.00 |
| 0183953503 | Russell Hebert, Jr. | 09/24/2005 | $90,007.34 | $15,248.81 | $159,000.00 |
| 1079399869 | Russell Hebert, Jr. | 10/3/2002 | $70,491.27 | $30,000.00 | $171,270.00 |
| 1079399869 | Russell Hebert, Jr. | 08/26/1992 | $31,705.14 | $17,685.48 | $85.140.00 |
| 1079399869 | Russell Hebert, Jr. | 10/28/1985 | $26,252.62 | $10,528.00 | $105,040.00 |

### B.  As an SRL Property, the Hebert Property Is Subject to 25% Annual Premium Rate Increases

39.  The named plaintiffs in this case, Russell and Margaret Hebert, have a property insured by the NFIP located at 100 Royal Street, Montegut, Louisiana 70377.

40.  As discussed in Paragraph 15, FEMA is required to apply 25% annual premium rate increases to SRL properties like the Hebert property.[25] As indicated in the table below, the Hebert property has been subject to 25% premium rate increases since 2017.[26]

---

[25] Under legacy rating, a target rate increase – in this case 25% – is determined for an entire risk class as a whole. Because of the mathematical rounding that occurred to translate an entire risk class change into specific rate values, each individual may not have had a change exactly equal to the risk class's change. FEMA applies target rate increases to the premium amount and Reserve Fund assessment.
[26] For the data informing the table, see the Heberts' policy declaration pages, attached as exhibits herein.

| Year | Rating Method | Full Risk Rate | Premium | Reserve Fund Assessment | Fees and Surcharges | Total Payment | Year-over-Year Change in Premium and Reserve Fund Assessment |
|------|---------------|----------------|---------|--------------------------|---------------------|---------------|--------------------------------------------------------------|
| 2017 | Legacy | N/A | $1844 | $283 | $50 (FPF) + $25 (HFIAA) | $2242 | |
| 2018 | Legacy | N/A | $2487 | $373 | $50 (FPF) + $25 (HFIAA) | $2935 | 34%[27] |
| 2019 | Legacy | N/A | $1863[28] | $279 | $50 (FPF) + $25 (HFIAA) | $2217 | -25% |
| 2020 | Legacy | N/A | $2296 | $344 | $50 (FPF) + $25 (HFIAA) | $2715 | 23% |
| 2021 | Legacy | N/A | $2787 | $502 | $50 (FPF) + $25 (HFIAA) | $3364 | 25% |
| 2022 | Legacy | N/A | $3476 | $626 | $50 (FPF) + $25 (HFIAA) | $4177 | 25% |
| 2023 | RR 2.0 | $5611 | $4357 | $784 | $47 (FPF) + $25 (HFIAA) | $5213 | 25% |
| 2024 | RR 2.0 | $5611 | $5466 | $980 | $47 (FPF) + $25 (HFIAA) | $6498[29] | 25% |
| 2025 | RR 2.0 | $5611 | $5611 | $1010 | $47 (FPF) + $25 (HFIAA) | $6693 | 3% |

The table also provides the different components of the Heberts' total payments. As it shows, the Heberts' full-risk rate—i.e., the rate reflecting their property's individual flood risk according to the Risk Rating 2.0 rating variables, and which thereby includes their building and contents premium (and CRS discount)—is $5611. As reflected in the table, the total amounts that the Heberts will owe in 2024 and 2025 exceed this $5611 full risk rate due to the reserve fund assessment, fees, and surcharges that are mandated by law independent of Risk Rating 2.0.

---

[27] The higher year-over-year percentage increase in premium and total payment in 2018 was due to a decrease in the Community Rating System (CRS) class rating, resulting in a lower CRS discount percentage. The 2017 policy was receiving a 20% CRS discount, but the 2018 policy's CRS discount dropped to 15%.

[28] The drop in premium in 2019 was due to the decrease in contents coverage (from $30,000 to $20,000) and the increase in the deductible amount (from $2,000 to $10,000).

[29] The payment estimates for 2024 and 2025 assume no changes to deductible (currently at $10,000, as of 2019) and coverage selections (currently at $135,000 in building coverage and $20,000 in contents coverage), to the property's Replacement Cost Value (RCV) (which is driven by factors such as inflation) to the number of prior claims, and to current rates. Changes in any of these elements may result in a higher or lower premiums and total payments.

### C. Risk Rating 2.0 Ends 25% Annual Premium Rate Increases on Hebert Property as of January 27, 2024

41. The Hebert's current policy term commenced on January 26, 2023. If the Heberts choose to renew in 2024, they will reach full risk rates by January 27, 2024. This means that they will no longer be subject to 25% annual premium rate increases thereafter.

42. Under the legacy rates, 100 Royal Street would have been subject to 25% annual premium rate increases indefinitely.

43. As such, the implementation of Risk Rating 2.0 has saved the Heberts thousands of dollars in future premiums and ensured they will not be subject to the extreme premiums of the legacy rating approach.

44. Not only will the Heberts soon be paying full risk rates and no longer subject to premium rate increases, but so will the majority of NFIP policyholders. As of May 2023, 36% of current NFIP policyholders nationwide are paying a risk-based premium. They will therefore not be subject to further annual increases in flood insurance premiums, barring any changes to their coverage and deductible levels or to the flood risk of the insured property. Under the legacy rates, policyholders would continue to see annual premium increases. In 2024, even more policyholders will reach their full risk rates. FEMA expects over 50% of all NFIP policyholders to be paying their full risk rate by 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on _____.

DAVID I MAURSTAD
Digitally signed by DAVID I MAURSTAD
Date: 2023.10.27 22:43:53 -04'00'

DAVID MAURSTAD



*National Flood Insurance Program*
**U.S. Department of Homeland Security**
P.O. Box 2965
Shawnee Mission, KS 66201-1365
(800) 638-6620   NAIC Number: 99999

| **Policy Number** |
| **RL00035242** |

## FLOOD DWELLING FORM STANDARD POLICY DECLARATION - RENEWAL

|  |  |
|---|---|
| Named Insured and Mailing Address:<br><br>**Russell H, , Hebert Jr**<br>**Po Box 46**<br>**Montegut, LA 70377-0046** | Policy Period:  **01/26/2017 12:01am** to **01/26/2018 12:01am**<br><br>Policy Term:  **One year**<br><br>**Original New Business Effective Date:**<br><br>**Reinstatement Date:** |
|  | **The Ledet Corporation**<br>**PO Box 1070**<br>**Houma, LA 70361-1070** |
| Payor:  **Insured** | Agent Phone:  **985-872-4577** |

**Property Location:**
**100 Royal St**
**Montegut, LA 70377**

### RATING DESCRIPTION

| Property/Building | Contents Location |
|---|---|

Insured's **Primary Residence: Y**

| **Single family; One floor; Non-elevated without basement Covered, Paragraph B.** | **Lowest floor only above ground level Subject to, III. Property** |
|---|---|

Date of construction or substantial improvement was on **03/01/1972 Pre-FIRM Subsidized**

### LOCATION INFORMATION

Community Name: **TERREBONNE PARISH*** No: **2252060130C**
Status:  **Regular**  CRS Class: **6** Flood Risk/Rated Zone: **A12** Current Flood Zone: **A12** Elevation Difference:   Grandfathered: **N**

### COVERAGE AND RATING INFORMATION

| Coverage Type | Coverage Limit | Deductible | Rate | Deductible Discount | Premium |
|---|---|---|---|---|---|
| Building | $      135,000 | $ 2,000 | 1.29/1.31 | $      0.00 | $      1,757.00 |
| Contents | $       30,000 | $ 2,000 | 1.64/2.35 | $      0.00 | $        528.00 |
|  |  |  | **ICC PREMIUM** |  | $         70.00 |
|  |  |  | **ANNUAL SUBTOTAL** |  | $      2,355.00 |
|  |  |  | **CRS DISCOUNT(20%)** |  | $       -471.00 |
|  |  |  | **RESERVE FUND ASSESSMENT** |  | $        283.00 |
|  |  |  | **HFIAA SURCHARGE** |  | $         25.00 |
|  |  |  | **FEDERAL POLICY FEE** |  | $         50.00 |
|  |  |  | **TOTAL PREMIUM** |  | $      2,242.00 |

**THIS IS NOT A BILL**

Policy Changes:

Attachments:

**FIRST MORTGAGEE**
**CELINK ISAOA**
**P O Box 39457**
**Solon, OH 44139**
**LOAN NUMBER:  1120618**

Issue Date: **01/23/2017**

**Homeoffice Copy**



**FEMA**

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

**Agency Phone:**      (985) 872-4577

**NFIP Policy Number:**  RL00035242
**Company Policy Number:** RL00035242
**Agent:**                0720707897

**Policy Term:**          01/26/2018 12:01 AM **through** 01/26/2019 12:01 AM
**Renewal Billing Payor:** INSURED

| To report a claim visit or call us at: | https://my.nfipdirect.fema.gov (800) 767-4341 |
| --- | --- |

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**

RUSSELL H, , HEBERT JR
PO BOX 46
MONTEGUT, LA 70377-0046

**INSURED NAME(S) AND MAILING ADDRESS**
RUSSELL H, , HEBERT JR
PO BOX 46
MONTEGUT, LA 70377-0046

**COMPANY MAILING ADDRESS**
NFIP DIRECT SERVICING AGENT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**
100 ROYAL ST
MONTEGUT, LA 70377

**DESCRIPTION:** N/A

**RATING INFORMATION**

| | | | |
| --- | --- | --- | --- |
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 225206 0130 C  REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | SELECT | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

| | | | |
| --- | --- | --- | --- |
| FIRST MORTGAGEE: | CELINK ISAOA P O BOX 39457 SOLON, OH 44139 | LOAN NUMBER: | N/A |
| SECOND MORTGAGEE: | | LOAN NUMBER: | N/A |
| ADDITIONAL INTEREST: | | LOAN NUMBER: | N/A |
| DISASTER AGENCY: | | CASE FILE NUMBER: | N/A |
| | | DISASTER AGENCY: | |

**PREMIUM CALCULATION —Pre-FIRM Subsidized**                                    **Standard**

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BUILDING | $135,000 | $2,000 | $60,000 | 1.610 | $75,000 | 1.640 | $0.00 | $2,196.00 |
| CONTENTS | $30,000 | $2,000 | $25,000 | 2.050 | $5,000 | 2.940 | $0.00 | $660.00 |

**Coverage limitations may apply. See your policy form for details.**

| | |
| --- | --- |
| ANNUAL SUBTOTAL: | $2,856.00 |
| INCREASED COST OF COMPLIANCE: | $70.00 |
| COMMUNITY RATING DISCOUNT:    15% | ($439.00) |
| RESERVE FUND ASSESSMENT:  15.0% | $373.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM: | $2,860.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $2,935.00 |

**Zero Balance Due**
**This Is Not A Bill**

**This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.**

**Policy issued by** NFIP DIRECT SERVICING AGENT                                **Company NAIC:**      99999



# FEMA

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone:   (985) 872-4577

NFIP Policy Number:     RL00035242
Company Policy Number: RL00035242
Agent:                  0720707897

Policy Term:             01/26/2019 12:01 AM through 01/26/2020 12:01 AM
Renewal Billing Payor:   INSURED

| To report a claim visit or call us at: | https://my.nfipdirect.fema.gov (800) 767-4341 |
|---|---|

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

| DELIVERY ADDRESS | INSURED NAME(S) AND MAILING ADDRESS |
|---|---|
| RUSSELL H, , HEBERT JR<br>PO BOX 46<br>MONTEGUT, LA 70377-0046 | RUSSELL H, , HEBERT JR<br>PO BOX 46<br>MONTEGUT, LA 70377-0046 |

| COMPANY MAILING ADDRESS | PROPERTY LOCATION |
|---|---|
| NFIP DIRECT SERVICING AGENT<br>PO BOX 913111<br>DENVER, CO 80291-3111 | 100 ROYAL ST<br>MONTEGUT, LA 70377<br><br>DESCRIPTION:  N/A |

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 225206 0130 C   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: | NO BASEMENT | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

| | | | |
|---|---|---|---|
| FIRST MORTGAGEE: | CELINK ISAOA<br>P O BOX 39457 SOLON, OH 44139 | LOAN NUMBER: | 1120618 |
| SECOND MORTGAGEE: | | LOAN NUMBER: | N/A |
| ADDITIONAL INTEREST: | | LOAN NUMBER: | N/A |
| DISASTER AGENCY: | | CASE FILE NUMBER: | N/A |
| | | DISASTER AGENCY: | |

### PREMIUM CALCULATION —Pre-FIRM Subsidized                                    Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.010 | $75,000 | 2.050 | ($960.00) | $1,784.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 2.560 | $0 | 3.680 | ($179.00) | $333.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $2,117.00 |
| INCREASED COST OF COMPLIANCE: | $75.00 |
| COMMUNITY RATING DISCOUNT:    15% | ($329.00) |
| RESERVE FUND ASSESSMENT:  15.0% | $279.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM : | $2,142.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $2,217.00 |

## Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by NFIP DIRECT SERVICING AGENT                                    Company NAIC:    99999



File: 8432489          Page 1 of 2          DocID: 64204023



**FEMA**

NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

Agency Phone: (985) 872-4577

NFIP Policy Number: RL00035242
Company Policy Number: RL00035242
Agent: 0720707897

| Policy Term: | 01/26/2020 12:01 AM through 01/26/2021 12:01 AM |
|---|---|
| Renewal Billing Payor: | INSURED |
| To report a claim visit or call us at: | https://my.nfipdirect.fema.gov (800) 767-4341 |

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

| DELIVERY ADDRESS | INSURED NAME(S) AND MAILING ADDRESS |
|---|---|
| RUSSELL H, , HEBERT JR PO BOX 46 MONTEGUT, LA 70377-0046 | RUSSELL H, , HEBERT JR PO BOX 46 MONTEGUT, LA 70377-0046 |

| COMPANY MAILING ADDRESS | PROPERTY LOCATION |
|---|---|
| NFIP DIRECT PO BOX 913111 DENVER, CO 80291-3111 | 100 ROYAL ST MONTEGUT, LA 70377 |

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.

DESCRIPTION: N/A

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 225206 0130 C   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: NO BASEMENT | | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

| | |
|---|---|
| FIRST MORTGAGEE: CELINK ISAOA P O BOX 39457 SOLON, OH 44139 | LOAN NO: 1120618 |
| SECOND MORTGAGEE: | LOAN NO: N/A |
| ADDITIONAL INTEREST: | LOAN NO: N/A |
| DISASTER AGENCY: | CASE NO: N/A DISASTER AGENCY: |

### PREMIUM CALCULATION —Pre-FIRM Subsidized                Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.390 | $75,000 | 2.440 | ($1,142.00) | $2,122.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 3.050 | $0 | 4.390 | ($213.00) | $397.00 |

Coverage limitations may apply. See your policy form for details.

| | | |
|---|---|---|
| ANNUAL SUBTOTAL: | | $2,519.00 |
| SRL PREMIUM : | 5% | $126.00 |
| INCREASED COST OF COMPLIANCE: | | $56.00 |
| COMMUNITY RATING DISCOUNT: | 15% | ($405.00) |
| RESERVE FUND ASSESSMENT: | 15.0% | $344.00 |
| PROBATION SURCHARGE: | | $0.00 |
| ANNUAL PREMIUM : | | $2,640.00 |
| HFIAA SURCHARGE: | | $25.00 |
| FEDERAL POLICY SERVICE FEE: | | $50.00 |
| TOTAL: | | $2,715.00 |

### Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by   NFIP DIRECT

Company NAIC:   99999



**FEMA**

THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

Agency Phone:   (985) 872-4577

NFIP Policy Number:   RL00035242
Company Policy Number: RL00035242
Agent:                 0720707897

Policy Term:        01/26/2021 12:01 AM through 01/26/2022 12:01 AM
Renewal Billing Payor:   INSURED

| To report a claim visit or call us at: | https://my.nfipdirect.fema.gov (800) 767-4341 |
|---|---|

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

| DELIVERY ADDRESS | INSURED NAME(S) AND MAILING ADDRESS |
|---|---|
| RUSSELL H, , HEBERT JR PO BOX 46 MONTEGUT, LA 70377-0046 | RUSSELL H, , HEBERT JR PO BOX 46 MONTEGUT, LA 70377-0046 |

| COMPANY MAILING ADDRESS | PROPERTY LOCATION |
|---|---|
| NFIP DIRECT PO BOX 913111 DENVER, CO 80291-3111 | 100 ROYAL ST MONTEGUT, LA 70377 |

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.      DESCRIPTION:  N/A

### RATING INFORMATION

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 225206 0130 C   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: NO BASEMENT | | | |

### MORTGAGEE / ADDITIONAL INTEREST INFORMATION

| | | |
|---|---|---|
| FIRST MORTGAGEE: | CELINK ISAOA P O BOX 39457 SOLON, OH 44139 | LOAN NO:  1120618 |
| SECOND MORTGAGEE: | | LOAN NO:  N/A |
| ADDITIONAL INTEREST: | | LOAN NO:  N/A |
| DISASTER AGENCY: | | CASE NO:  N/A DISASTER AGENCY: |

### PREMIUM CALCULATION —Pre-FIRM Subsidized                                                  Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 2.780 | $75,000 | 2.840 | ($1,329.00) | $2,469.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 3.550 | $0 | 5.110 | ($249.00) | $461.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $2,930.00 |
| SRL PREMIUM :      10% | $293.00 |
| INCREASED COST OF COMPLIANCE: | $56.00 |
| COMMUNITY RATING DISCOUNT:     15% | ($492.00) |
| RESERVE FUND ASSESSMENT:  18.0% | $502.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM : | $3,289.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $3,364.00 |

### Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by   NFIP DIRECT                                                 Company NAIC:      99999

File: 9941956         Page 1 of 2              DocID: 77147875

 **FEMA**

NFIP Policy Number:  RL00035242
Company Policy Number:  RL00035242
Agent:  0720707897



THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070

| Policy Term: | 01/26/2022 12:01 AM through 01/26/2023 12:01 AM |
|---|---|
| Renewal Billing Payor: | INSURED |

| To report a claim visit or call us at: | https://my.nfipdirect.fema.gov (800) 767-4341 |
|---|---|

Agency Phone:    (985) 872-4577

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### STANDARD POLICY - DWELLING FORM

**DELIVERY ADDRESS**

RUSSELL H, , HEBERT JR
PO BOX 46
MONTEGUT, LA 70377-0046

**INSURED NAME(S) AND MAILING ADDRESS**

RUSSELL H, , HEBERT JR
PO BOX 46
MONTEGUT, LA 70377-0046

**COMPANY MAILING ADDRESS**

NFIP DIRECT
PO BOX 913111
DENVER, CO 80291-3111

**PROPERTY LOCATION**

100 ROYAL ST
MONTEGUT, LA 70377

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.     DESCRIPTION:  N/A

**RATING INFORMATION**

| | | | |
|---|---|---|---|
| ORIGINAL NEW BUSINESS DATE: | 11/26/2003 | DATE OF CONSTRUCTION: | 03/01/1972 |
| REINSTATEMENT DATE: | N/A | COMMUNITY NUMBER: | 225206 0130 C   REGULAR PROGRAM |
| BUILDING OCCUPANCY: | SINGLE FAMILY | COMMUNITY NAME: | TERREBONNE PARISH |
| CONDOMINIUM INDICATOR: | NOT A CONDO | CURRENT FLOOD ZONE: | A12 |
| NUMBER OF UNITS: | N/A | GRANDFATHERED: | NO |
| PRIMARY RESIDENCE: | YES | FLOOD RISK/RATED ZONE: | A12 |
| ADDITIONS/EXTENSIONS: | N/A | ELEVATION DIFFERENCE: | N/A |
| BUILDING TYPE: | ONE FLOOR | ELEVATED BUILDING TYPE: | NON-ELEVATED |
| BASEMENT/ENCLOSURE/CRAWLSPACE TYPE: NO BASEMENT | | | |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

| FIRST MORTGAGE: | CELINK ISAOA | | LOAN NO:  1120618 |
|---|---|---|---|
| | P O BOX 39457 SOLON, OH 44139 | | |
| SECOND MORTGAGEE: | | | LOAN NO:  N/A |
| ADDITIONAL INTEREST: | | | LOAN NO:  N/A |
| DISASTER AGENCY: | | | CASE NO:  N/A |
| | | | DISASTER AGENCY: |

**PREMIUM CALCULATION —Pre-FIRM Subsidized**                                                                    Standard

| | COVERAGE | DEDUCTIBLE | BASIC COVERAGE | BASIC RATE | ADD'L COVERAGE | ADD'L RATE | DED. DISCOUNT/SURCHARGE | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BUILDING | $135,000 | $10,000 | $60,000 | 3.330 | $75,000 | 3.400 | ($1,592.00) | $2,956.00 |
| CONTENTS | $20,000 | $10,000 | $20,000 | 4.250 | $0 | 6.120 | ($298.00) | $552.00 |

Coverage limitations may apply. See your policy form for details.

| | |
|---|---|
| ANNUAL SUBTOTAL: | $3,508.00 |
| SRL PREMIUM :    15% | $526.00 |
| INCREASED COST OF COMPLIANCE: | $56.00 |
| COMMUNITY RATING DISCOUNT:    15% | ($614.00) |
| RESERVE FUND ASSESSMENT:   18.0% | $626.00 |
| PROBATION SURCHARGE: | $0.00 |
| ANNUAL PREMIUM : | $4,102.00 |
| HFIAA SURCHARGE: | $25.00 |
| FEDERAL POLICY SERVICE FEE: | $50.00 |
| TOTAL: | $4,177.00 |

Zero Balance Due - This Is Not A Bill

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy.

Policy issued by     NFIP DIRECT                                                              Company NAIC:        99999

File:  10795112          Page 1  of  1                          DocID: 84643405

 

| | |
|---|---|
| Policy Number: | RL00035242 |
| Policy Term: | January 26, 2023 at (12:01 a.m.) - January 26, 2024 at (12:01 a.m.) |
| Policy Form: | Dwelling Policy |
| Policy Declarations Type: | Renewal Policy Declarations |
| Rate Category: | Rating Engine |
| Insured Property Location: | 100 ROYAL ST |
| | MONTEGUT, LA 70377 |

To report a claim visit   https://my.nfipdirect.fema.gov
or call us at:   (800) 767-4341

# FLOOD INSURANCE POLICY DECLARATIONS

This Declarations Page is part of your Policy.   THIS IS NOT A BILL.

Policyholders(s)/Mailing Address:

RUSSELL H, , HEBERT JR
PO BOX 46
MONTEGUT, LA 70377-0046

Agent:

0720707897, THE LEDET CORPORATION
PO BOX 1070
HOUMA, LA 70361-1070
(985) 872-4577
LEO@LEDETINSURANCE.COM

Insurer NAIC Number:  99999

## Policy Coverages & Endorsements

| COVERAGE | LIMIT | DEDUCTIBLE |
|---|---|---|
| Building | $135,000 | $10,000 |
| Contents | $20,000 | $10,000 |

$5,213.00

Total Annual Payment
Includes Premium, Discounts, Fees, and Surcharges

Payor:  Policyholder(s)

## Premium Details

| | |
|---|---|
| Building Premium | $4,596.00 |
| Contents Premium | $951.00 |
| Increased Cost of Compliance (ICC) Premium | $75.00 |
| Mitigation Discounts | ($0.00) |
| Community Rating System Discount | ($11.00) |
| Full-Risk Premium | $5,611.00 |
| Statutory Discounts | |
| • Annual Increase Cap Discount | ($1,254.00) |
| Discounted Premium | $4,357.00 |
| Fees and Surcharges | |
| • Reserve Fund Assessment | $784.00 |
| • Homeowner Flood Insurance Affordability Act of 2014 (HFIAA) Surcharge | $25.00 |
| • Federal Policy Fee | $47.00 |
| **Total Annual Payment (Premium, Discounts, Fees and Surcharges)** | **$5,213.00** |

 

Policy Number:   RL00035242

## Location and Property Information

| | |
|---|---|
| Primary Residence | Yes |
| Building Occupancy | Single-Family Home |
| Building Description | Main Dwelling |
| Building Description Detail | N/A |
| Current Flood Zone | A12 |
| First Floor Height | 1.0 ft |
| Method Used to Determine First Floor Height | FEMA Determined |
| Property Description | Slab on grade (Non-Elevated), 1 floor(s), Frame construction |
| Number of Units | N/A |
| Date of Construction | 03/01/1972 |
| Prior NFIP Claims | 1 claim(s) |

Your property's NFIP flood claims history can affect your premium. For more information, contact your insurance agent or company.

## Lender Information

| 1st Mortgagee | 2nd Mortgagee |
|---|---|
| CELINK ISAOA | N/A |
| P O BOX 39457 | |
| SOLON, OH 44139 | |

| Loan No:  1120618 | Loan No:  N/A |
|---|---|
| Loss Payee | Disaster Agency |
| N/A | N/A |

| Loan No:  N/A | Case No: N/A |
|---|---|
| | Disaster Agency:  N/A |

Please review this declaration page for accuracy. If any changes are needed, contact your agent. The "Full Risk Premium" is for this policy term only. It is subject to change annually if there is any change in the rating elements. "Mitigation Discounts" may apply if there are approved flood vents and/or the machinery & equipment is elevated appropriately.

For questions about your flood insurance policy rating, contact your agent or insurance company. To learn more about your flood risk please visit FloodSmart.gov/floodcosts.