UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSELL HEBERT JR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1869** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Motions to Enroll Additional Counsel of Record (R. Docs. 15, 16, 17) filed on behalf of all Defendants, seeking to enroll Benjamin Takemoto, Krystal-Rose Perez, and Laura Duncan, respectively,

**IT IS ORDERED** that the motions are **GRANTED**, and Benjamin Takemoto, Krystal-Rose Perez, and Laura Duncan are hereby **ENROLLED** as additional counsel of record for Defendants in the above-captioned matter.

New Orleans, Louisiana, this 7th day of November 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**