**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*, <br><br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br><br> *Defendants*. | Action No. 2:23-cv-1869-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS

The parties respectfully move for an extension of their existing briefing deadlines with respect to Defendants' Motion to Dismiss (ECF 18).

Defendants filed their Motion to Dismiss on November 6, 2023, and noticed this motion for submission on January 10, 2024. ECF 18-3. Under the amended version of Local Civil Rule 7.5, which goes into effect on January 1, 2024, Plaintiffs' opposition brief is currently due on January 2, 2024, and Defendants' reply brief is currently due on January 8, 2024.[1] Counsel for both parties respectfully request that the Court extend Plaintiffs' opposition deadline to January 9, 2024, and Defendants' reply deadline to January 30, 2024. The extensions should be granted because of (1) counsels' prescheduled leave over the upcoming holidays, and (2) defense counsels' other professional obligations during and soon after the current briefing period, including dispositive brief deadlines in other cases on January 3, 5, 16, and 26 and oral arguments in other cases on January 9 and 10. Granting the parties' joint

---

[1] United States District Court for the Eastern District of Louisiana, *Second Notice of Amendments to the local Rules for the Eastern District of Louisiana*, https://www.laed.uscourts.gov/sites/default/files/pdfs/Amendments_Rules_Changes.pdf.

extension motion will give counsel sufficient time to prepare their respective briefs in this case, and it will not prejudice either side or the Court nor delay ultimate disposition of this case.

For these reasons, the parties respectfully request that the grant this joint motion and enter an order extending Plaintiffs' time to file their opposition brief to Defendants' Motion to Dismiss to January 9, 2024, and extending Defendants' time to file a reply brief to January 30, 2024.


Dated:  December 15, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Yoseph T. Desta
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General Environment &
Natural Resources Division

KRYSTAL-ROSE PEREZ
(TX Bar # 24105931)
LAURA DUNCAN
(Tx Bar # 24092366)
Trial Attorneys
United States Department of Justice
Environmental & Natural Resources Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystal-rose.perez@usdoj.gov

*Counsel for Defendants*


/s/ Anthony D. Irpino
ANTHONY D. IRPINO (La Bar No. 24727)
LOUISE C. HIGGINS (La Bar No. 31780)
PEARL A. ROBERTSON (La Bar No. 34060)
IRPINO, AVIN & HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com

JAMES WILLIAMS (La Bar No. 26141)
MATTHEW A. SHERMAN (La Bar No. 32687)
ANNA M. SINGLETON (La Bar No. 40050)
CHEHARDY SHERMAN WILLIAMS,
RECILE, & HAYES, LLP
1 Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

lhiggins@irpinolaw.com
probertson@irpinolaw.com

james@thetrialteam.com
matthew.sherman@thetrialteam.com
anna@thetrialteam.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

/s/ Yoseph T. Desta
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice