UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Considering the Joint Motion to Extend Briefing Deadlines on Defendants' Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**, and that Plaintiffs' opposition brief shall be due on January 9, 2024, and Defendants' reply brief shall be due on January 30, 2024.

New Orleans, Louisiana, this _____ day of _____, 2023.

DARREL J. PAPILLION
United States District Judge