UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-cv-1869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### ORDER

Considering the Joint Motion to Extend Briefing Deadlines on Defendants' Motion to Dismiss (R. Doc. 21):

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**, and that Plaintiffs' opposition brief shall be due on January 9, 2024, and Defendants' reply brief shall be due on January 30, 2024.

New Orleans, Louisiana, this 18th day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**