UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., on behalf of himself and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Department of Homeland Security;<br><br>DEPARTMENT OF HOMELAND SECURITY;<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>DEFENDANTS. | ACTION NO.  2:23-cv-01869-DJP-JVM;<br>SECTION P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### REQUEST FOR ORAL ARGUMENT

**MAY IT PLEASE THE COURT:**

Plaintiff, Russel Hebert, Jr., through undersigned counsel, who, pursuant to Local Rule 78.1, respectfully requests that this Honorable Court permit oral argument on Defendants' Motion to Dismiss. Plaintiff respectfully suggests that oral argument will assist this Honorable Court in resolving the issues raised in Defendants' Motion to Dismiss and Plaintiff's Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

_____
JAMES WILLIAMS (No: 26141)
MATTHEW A. SHERMAN (No. 32687)
ANNA M. SINGLETON (No. 40050)
CHEHARDY SHERMAN WILLIAMS,
RECILE, & HAYES, LLP
1 Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
PH: (504) 833-5600
FX: (504) 833-8080
EM: james@thetrialteam.com
EM: matthew.sherman@thetrialteam.com
EM: anna@thetrialteam.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and forgoing pleading using this Court's CM/EMF system to counsel of record participating in the CM/EMF system, or via electronic mail or by placing signed copies in the United States mail, certified postage prepaid on this 9th day of January 2024.

_____
Anna M. Singleton