## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## <u>DEFENDANTS' MOTION FOR ADDITIONAL PAGES</u>

Defendants respectfully request leave to file a reply brief in excess of 10 pages in support of their motion to dismiss.

This Court's Local Rule 7.7 limits reply briefs to 10 pages "[e]xcept with prior leave of court." Under that rule, Defendants seek a page expansion of two additional pages. Defendants have good cause for requesting this page extension given the number of issues raised in their opening brief and Plaintiffs' response brief. Defendants respectfully submit that a modest page extension will allow Defendants to adequately respond to Plaintiffs' brief without unnecessarily burdening either the Court or Plaintiffs.

In view of these considerations, Defendants ask the Court to allow them a total of 12 pages to fully brief the issues in their reply brief.

Dated:  January 30, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources
Division

KRYSTAL-ROSE PEREZ
(TX Bar # 24105931)

/s/ Yoseph T. Desta
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3080
Email: yoseph.t.desta@usdoj.gov

LAURA DUNCAN
(Tx Bar # 24092366)
Trial Attorneys
United States Department of Justice
Environmental & Natural Resources
Division
P.O. Box 7611, Ben Franklin Station,
Washington, D.C. 20044
Tel: (202) 305-0486
Email: krystal-rose.perez@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

/s/ Yoseph T. Desta
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice