UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### ORDER

For the reasons stated in Defendants' Motion for Additional Pages (R. Doc. 26), it is hereby

**ORDERED** that Defendants' Motion for Additional Pages is **GRANTED**.

The Clerk's Office is instructed to file the proposed memorandum into the record of the above-captioned matter.

New Orleans, Louisiana, this 31st day of January 2024.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE