UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al*.<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-01869-DJP-JVM<br><br>Section P<br><br>**District Judge Darrel J. Papillion**<br><br>**Magistrate Judge Janis van Meerveld** |

## UNOPPOSED MOTION TO RESET AND/OR STAY DEADLINES

**NOW INTO COURT**, though undersigned counsel, comes Plaintiffs, **RUSSELL HEBERT, JR and MARGARET HEBERT, on behalf of themselves and all others similarly situated,** who respectfully request that this Court reset and/or stay the deadlines currently set in this matter.

The briefing on Defendants' Motion to Dismiss (ECF 18) has been completed and a determination on that motion is pending. Defendants will not produce the administrative record or any other materials prior to a ruling on their motion to dismiss. While plaintiffs do not oppose this course, the end result is that this matter will not progress prior to a determination on

Defendants' Motion to Dismiss.  As a result, the current deadlines cannot be met.  Accordingly, Plaintiffs request that the scheduling order deadlines be reset and/or stayed.

Plaintiffs have received confirmation from Defendants that they do not oppose this motion.

WHEREFORE, Plaintiffs pray that the deadlines currently set in this matter be reset and/or stayed, pending determination on Defendants' Motion to Dismiss (ECF 18), after which time a new scheduling order be implemented in this matter.

Respectfully submitted:

*/s/ Anthony D. Irpino*
**ANTHONY D. IRPINO, LA Bar No. 24727**
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA 70130
PH: (504) 525-1500
FX: (504) 525-1501
EM: airpino@irpinolaw.com
*Counsel for Plaintiffs*

JAMES WILLIAMS (No: 26141)
MATTHEW A. SHERMAN (No. 32687)
ANNA M. SINGLETON (No. 40050)
CHEHARDY SHERMAN WILLIAMS,
RECILE, & HAYES, LLP
1 Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
PH: (504) 833-5600
FX: (504) 833-8080
EM: james@thetrialteam.com
EM: matthew.sherman@thetrialteam.com
EM: anna@thetrialteam.com

J. CHRISTOPHER ZAINEY, JR. (No.: 32022)
LAMBERT, ZAINEY, SMITH, & SOSO, APLC
701 Magazine Street
New Orleans, LA 70130
PH: (504) 581-1750
FX: (504) 529-2931
EM: czainey@lambertzainey.com

and

E. JOHN LITCHFIELD (No.: 8622)
MICHAEL J. MARSIGLIA (o.: 30271)
BERRIGAN LITCHFIELD, LLC
111 Veterans Memorial Boulevard
Heritage Plaza - Suite 1720
Metairie, Louisiana 70005
PH: (504) 568-0541
FX: (504) 617-7644
EM: jlitchfield@berriganlaw.net
EM: mmarsiglia@berriganlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Anthony D. Irpino*
**ANTHONY D. IRPINO**
*Counsel for Plaintiffs*