UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al*.<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-01869-DJP-JVM<br><br>Section P<br><br>**District Judge Darrel J. Papillion**<br><br>**Magistrate Judge Janis van Meerveld** |

**ORDER**

Considering the Unopposed Motion to Reset and/or Stay Deadlines, filed by Plaintiffs:

**IT IS HEREBY ORDERED** that the unopposed motion is **GRANTED**, and the deadlines currently set in this matter be reset and/or stayed, pending determination on Defendants' Motion to Dismiss, after which time a new scheduling order be implemented.

New Orleans, Louisiana, this _____ day of _____ , 2024.

_____
**DARREL J. PAPILLION**
**United States District Judge**