## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR. and MARGARET HEBERT, on behalf of themselves and all others similarly situated,<br><br>    *PLAINTIFFS*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al*.<br><br>DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency;<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY;<br><br>FEDERAL INSURANCE AND MITIGATION ADMINISTRATION;<br><br>    *DEFENDANTS*. | CIVIL ACTION NO.<br>2:23-cv-01869-DJP-JVM<br><br>Section P<br><br>**District Judge Darrel J. Papillion**<br><br>**Magistrate Judge Janis van Meerveld** |

## **ORDER**

Considering the foregoing Unopposed Motion to Reset and/or Stay Deadlines (R. Doc. 31), filed by Plaintiffs:

**IT IS HEREBY ORDERED** that the unopposed motion is **GRANTED**, and the deadlines currently set in this matter are hereby stayed, pending determination on Defendants' Motion to Dismiss, after which time a new scheduling order be implemented.

New Orleans, Louisiana, this 23rd day of December 2024.

*[signature]*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**