UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Action No. 2:23-CV-01869-DJP-JVM <br> Section P <br> District Judge Darrel J. Papillion <br> Magistrate Judge Janis van Meerveld |

## DEFENDANTS' MOTION TO WITHDRAW YOSEPH T. DESTA AS COUNSEL

Under Local Civil Rule 83.2.11, Defendants respectfully move the Court for an order withdrawing Yoseph T. Desta as one of their counsel due to his departure from the Department of Justice effective March 13, 2025. Defendants will continue to be represented by Benjamin T. Takemoto, Krystal-Rose Perez, and Laura Duncan.

Dated: March 12, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

LESLEY FARBY
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
(CA Bar # 332179)
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044

Phone: (202) 305-3080
E-mail: yoseph.t.desta@usdoj.gov

*Attorneys for Defendants*