UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUSSELL HEBERT, JR., *et al.*,

    *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Action No. 2:23-CV-01869-DJP-JVM
Section P
District Judge Darrel J. Papillion
Magistrate Judge Janis van Meerveld

## ORDER

Before the Court is Defendants' Motion to Withdraw Yoseph T. Desta as Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Yoseph T. Desta is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
DARREL J. PAPILLION
United States District Judge