UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

## ORDER

Before the Court is Defendants' Motion to Withdraw Yoseph T. Desta as Counsel.

**IT IS ORDERED** that the motion (R. Doc. 33) is **GRANTED**, and Yoseph T. Desta is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter.

New Orleans, Louisiana, this 13th day of March 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE