UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Action No. 2:23-CV-01869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

**NOTICE OF RESUMPTION OF APPROPRIATIONS**

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to, *inter alia*, the Department of Justice, effective November 13, 2025. Accordingly, pursuant to the Court's November 5, 2025 Order, Defendants respectfully notify the Court that "Congress has appropriated funds for the . . . Department of Justice." ECF No. 40.

Dated: November 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

1

        Washington, DC 20005
        Phone: 202-616-8467
        E-mail: Zachary.W.Sherwood@usdoj.gov

        *Attorney for Defendants*