UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSELL HEBERT, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1869** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL.** | **SECTION: "P" (1)** |

### ORDER

On November 5, 2025, in light of the then-ongoing government shutdown and lapse in appropriations, the Court issued an order temporarily staying and administratively closing the above-captioned action.[1] On November 17, 2025, counsel for Defendants notified the Court there has been a resumption of appropriations for the United States Department of Justice.[2] Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **REOPEN** this action, and the stay previously entered in this case (R. Doc. 40) is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the motion to dismiss (R. Doc. 18) that was terminated in connection with the stay and administrative closure of this action is hereby reinstated with a submission date of November 19, 2025.

New Orleans, Louisiana, this 18th day of November 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 40.
[2] R. Doc. 41.