UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL HEBERT, JR., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | Action No. 2:23-cv-01869-DJP-JVM<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Janis van Meerveld |

### [PROPOSED] ORDER

Before the Court is Defendants' Motion to Substitute Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Zachary W. Sherwood is hereby **WITHDRAWN** as counsel for Defendants in the above-captioned matter, and Sarah M. Suwanda is hereby **ENROLLED** as counsel for Defendants.

New Orleans, Louisiana, this ____ day of _____, 2026.

_____
DARREL J. PAPILLION
United States District Judge